**Order entered October 5, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00579-CR

**EX PARTE WISDOM UKACHUKWU AMANZE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MC16A1895**

## ORDER

Appellant's October 3, 2016 motion for extension of time to file appellant's reply brief is

**GRANTED**. Appellant's reply brief received by the Clerk on September 23, 2016 is deemed

timely filed on the date of this order.

/s/    LANA MYERS
JUSTICE